UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ROBERT BURCK d/b/a THE NAKED COWBOY,

                  Plaintiff,                  08 cv 1330 (DC)

           - against -

                                  **MOTION TO ADMIT**
MARS, INCORPORATED AND           **COUNSEL PRO HAC VICE**
CHUTE GERDEMAN, INC.,

                  Defendants.

-------------------------------------------------------------------X

       PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin T. Mulhearn, a member in good standing of the bar of this Court, hereby move for an order allowing the admission pro hac vice of:

      Applicant's Name: Scott M. Rothman

      Firm Name: Halberstadt Curley LLC

      Address: 1100 E. Hector Street, Suite 425

      City/State/Zip: Conshohocken, PA 19428

      Phone Number: (610) 834-8819

      Fax Number: (610) 834-8813

Kevin T. Mulhearn is a member in good standing of the Bar of the State of New York.

There are no pending disciplinary proceeding against Scott M. Rothman in any State or Federal Court.

Dated: February 14, 2008
      Orangeburg, NY 10962

Respectfully submitted,

_____
Kevin T. Mulhearn (KM 2301)
Kevin T. Mulhearn, P.C.
60 Dutch Hill Road, Suite 8
Orangeburg, NY 10962
Phone Number: (845) 398-0361
Fax Number: (845) 398-3836

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ROBERT BURCK d/b/a THE NAKED COWBOY,

               Plaintiff,                  08 cv 1330 (DC)

           - against -

                                    **ORDER FOR ADMISSION**
                                    **PRO HAC VICE**
MARS, INCORPORATED AND             **ON WRITTEN MOTION**
CHUTE GERDEMAN, INC.,

               Defendants.

-------------------------------------------------------------------X

     Upon the motion of Kevin T. Mulhearn, Esq., attorney for Plaintiff, Robert Burck, and said sponsor attorney's affidavit in support:

     Applicant's Name:  Scott M. Rothman

     Firm Name:  Halberstadt Curley LLC

     Address:  1100 E. Hector Street, Suite 425

     City/State/Zip:  Conshohocken, PA 19428

     Phone Number:  (610) 834-8819

     Fax Number:  (610) 834-8813

     Email Address:  srothman@halcur.com

is admitted to practice pro hac vice as counsel for Plaintiff, Robert Burck, in the above captioned case in the United States District Court for the Southern District of New York.   All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
      New York, New York

                                    _____
                                    United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ROBERT BURCK d/b/a THE NAKED COWBOY,

                      Plaintiff,                      08 cv 1330 (DC)

            - against -

                                               **AFFIDAVIT OF KEVIN T.**
                                             **MULHEARN IN SUPPORT**

MARS, INCORPORATED AND                **OF MOTION TO ADMIT**
CHUTE GERDEMAN, INC.,                  **<u>COUNSEL PRO HAC VICE</u>**

                    Defendants.

-------------------------------------------------------------------X

State of New York    )
                       )    ss:
County of Rockland  )

Kevin T. Mulhearn, being duly sworn, hereby deposes and says as follows:

1.      I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Scott M. Rothman as counsel pro hac vice to represent Plaintiff in this matter.

2.      I am a member in good standing of the Bar of the State of New York and was admitted to practice law in July, 1991. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Scott M. Rothman since January, 2008.

4.      Scott M. Rothman is an associate of the law firm of Halberstadt Curley, LLC, in Conshohocken, Pennyslvania.

5.      I have found Scott M. Rothman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Scoot M. Rothman, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of Scott M. Rothman, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

WHEREFORE, it is respectfully requested tat the motion to admit Scoot M. Rothman, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: February 14, 2008
       Orangeburg, New York

                                            Respectfully submitted,

                                            Kevin T. Mulhearn, Esq.

                                            SDNY Bar Code: KM2301

Sworn to before me on this
/4/L—day of February, 2008.

_____
Notary Public

SANFORD COHEN
Notary Public, State of New York
No. 4748576
Residing in Rockland County
Term Expires Apr.

2

# Certificate of Good Standing



## United States of America
-
## District of New Jersey

I,   WILLIAM T. WALSH,   Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Scott M. Rothman

was duly admitted to practice in said Court as of March 1, 2006, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: January 24, 2008

WILLIAM T. WALSH, CLERK

By _____
Carey P. Carlisle, Deputy Clerk

*U. S. District Court for the District of New Jersey does not entertain a grievance committee.*
*Contact Board of Bar Examiners, New Jersey State Supreme Court.*

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA **}**

       I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

       DO HEREBY CERTIFY That Scott M. Rothman , Bar # 201478, was duly admitted to practice in said Court on December 16, 2005, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

                      MICHAEL E. KUNZ
                                 Clerk of Court

on January 23, 2008.               BY _____
                         Aida Ayala,     Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT BURCK d/b/a THE NAKED COWBOY,

               Plaintiff,                         08 cv 1330 (DC)

            - against -

                                                **AFFIDAVIT OF SERVICE**

MARS, INCORPORATED AND
CHUTE GERDEMAN, INC.,

               Defendants.
-----------------------------------------------------------------X

       ALANA FEVOLA, being duly sworn, deposes and says that:

       1. I am not a party to this action, am over 18 years old, and reside in the Town of Orangetown, State of New York.

       2. On February 14, 2008, I served a true and accurate copy of the Motion to Admit Scott M. Rothman Pro Hac Vice (with all required supporting documents) upon the following persons at the following addresses, via regular mail, by depositing same in a United States mail depository:

Mars, Incorporated                     Chute Gerdeman, Inc.
Defendant                              Defendant
6885 Elm Street                       455 South Ludlow Street
McLean, Virginia 22101             Columbus, Ohio 43215

                                  ALANA FEVOLA

Sworn to before me on this
_____ day of February, 2008.


NOTARY PUBLIC

KEVIN T MULHEARN
Notary Public, State of New York
No 02MU5047687
Qualified in Rockland County
Commission Expires August 7, 19

*Civil Action No. 08-CV-1330 (DC)*

*UNITED STATES DISTRICT COURT*
*FOR THE SOUTHERN DISTRICT OF NEW YORK*

ROBERT BURCK d/b/a THE NAKED COWBOY,

Plaintiff,

- against -

MARS, INCORPORATED and CHUTE GERDEMAN, INC.,

Defendants.

## *PRO HAC VICE MOTION (WITH SUPPORTING PAPERS)*

**KEVIN T. MULHEARN, P.C.**
Attorneys for Plaintiff
Office Address & Tel. No.:
60 Dutch Hill Road, Suite 8
Orangeburg, New York 10962
(845) 398-0361

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated:  February 14, 2008*                    *Signature..................................................................................*

                                               *Print Signer's Name:    KEVIN T. MULHEARN*

*Service of a copy of the within*                                            *is hereby admitted.*

*Dated:*

                    ........................................................................................................
                    *Attorney(s) for*