UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROBERT BURCK d/b/a THE NAKED COWBOY,

                Plaintiff,                      08 cv 1330 (DC)

      - against -

MARS, INCORPORATED AND              **ORDER FOR ADMISSION**
CHUTE GERDEMAN, INC.,                 **PRO HAC VICE**
                                                                     **ON WRITTEN MOTION**

                Defendants.

------------------------------------------------------------X

      Upon the motion of Kevin T. Mulhearn, Esq., attorney for Plaintiff, Robert Burck, and said sponsor attorney's affidavit in support:

      Applicant's Name: Scott M. Rothman

      Firm Name: Halberstadt Curley LLC

      Address: 1100 E. Hector Street, Suite 425

      City/State/Zip: Conshohocken, PA 19428

      Phone Number: (610) 834-8819

      Fax Number: (610) 834-8813

      Email Address: srothman@halcur.com

is admitted to practice pro hac vice as counsel for Plaintiff, Robert Burck, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3/7/08
New York, New York

                                                        United States District ~~Magistrate~~ Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/7/2008]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROBERT BURCK d/b/a THE NAKED COWBOY,

        Plaintiff,                        08 cv 1330 (DC)

      - against -

MARS, INCORPORATED AND           **MOTION TO ADMIT**
CHUTE GERDEMAN, INC.,                **COUNSEL PRO HAC VICE**

        Defendants.

------------------------------------------------------------X

      PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin T. Mulhearn, a member in good standing of the bar of this Court, hereby move for an order allowing the admission pro hac vice of:

      Applicant's Name: Scott M. Rothman
      Firm Name: Halberstadt Curley LLC
      Address: 1100 E. Hector Street, Suite 425
      City/State/Zip: Conshohocken, PA 19428
      Phone Number: (610) 834-8819
      Fax Number: (610) 834-8813





APPLICATION GRANTED.
SO ORDERED
Denny Chin, U.S.D.J.
3/7/08

Kevin T. Mulhearn is a member in good standing of the Bar of the State of New York.

There are no pending disciplinary proceeding against Scott M. Rothman in any State or Federal Court.

Dated: February 14, 2008
       Orangeburg, NY 10962

Respectfully submitted,

_____
Kevin T. Mulhearn (KM 2301)
Kevin T. Mulhearn, P.C.
60 Dutch Hill Road, Suite 8
Orangeburg, NY 10962
Phone Number: (845) 398-0361
Fax Number: (845) 398-3836