UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BURCK d/b/a THE NAKED COWBOY,<br>    Plaintiff,<br>v.<br><br>MARS, INCORPORATED and CHUTE GERDEMAN, INC.<br>    Defendants. | Civil Action No. 08-1330 |

## ACCEPTANCE OF SERVICE

The undersigned counsel hereby accepts service of the Complaint filed in the above-captioned action on behalf of defendant Mars, Incorporated.

ARENT FOX LLP

By: _/s/ Leslie K. Mitchell_
Leslie K. Mitchell, Esquire
1675 Broadway
New York, NY 10019
*Attorneys for Mars, Incorporated*

Date: 02/15/08