| | | | | |
|---|---|---|---|---|
| STATE OF NEW YORK | | SOUTHERN COUNTY | U. S. DISTRICT | COURT |

DOCUMENTS SERVED WITH INDEX # 08CIV1330   AND FILED ON February 11, 2008
ATTORNEY(S) Kevin T. Mulhearn, Esq. ,

*Robert Burck d/b/a The Naked Cowboy*   Plaintiff(s)/Petitioner(s)

vs

*Mars Incorporated and Chute Gerdeman, Inc.*   Defendant(s)/Respondent(s)

County of __Franklin__, State of __Ohio__.

__Chad Houghs__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at __Columbus, OH__. On __March 6, 2008__ at __11:26 am__ at __455 South Ludlow Street, Columbus, OH 43215__

deponent served a   Summons in a Civil Case and Complaint
Individual Rules and Practices of Judge Denny Chin

UPON: __Chute Gerdeman, Inc.__, __Defendant__
(herein called recipient) therein named.

INDIVIDUAL [ ]   by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORPORATION [X]   A _____ corporation, by delivering thereat a true copy of each to __Brian Shafley, Adver. Mgr.__ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be __authorized__ thereof.

SUITABLE AGE PERSON [ ]   by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

AFFIXING TO DOOR [ ]   by affixing a true copy of each to the door of said premises, which is recipient's   [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day ___ Date ___ Time ___   Day ___ Date ___ Time ___
Day ___ Date ___ Time ___   Day ___ Date ___ Time ___

MAILING COPY [ ]   Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known   [ ] residence   [ ] place of employment at: _____
and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on _____.
[ ] A second mailing was also made by certified mail (Receipt No. _____) within one day after such delivering to such suitable person such affixing   [ ] and with return receipt requested.

DESCRIPTION [X]   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __Male__   Color of skin __White__   Color of hair __Blonde__   Approx. Age __40__
Approx. Height __6'1"__   Approx. weight __210__   Other __Blue Eyes__

WITNESS FEES $ [ ] _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

PHOTO [ ]   Deponent was able to identify recipient from annexed photo.

MILITARY SERVICE [X]   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this __10th__ day of __March, 2008__

_signature: Jennifer D. Ruckner_   _signature: Chad Houghs_
Chad Houghs

Server's Lic. # 65199359829

Invoice·Work Order # 9926223