UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT BURCK
d/b/a THE NAKED COWBOY,

    Plaintiff,

v.

MARS, INCORPORATED

and

CHUTE GERDEMAN, INC.,

    Defendants.

Case Number: 08 CIV 1330

Judge Denny Chin

**DEFENDANT MARS, INCORPORATED'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Mars, Incorporated ("Mars") hereby states that it has no parent corporation and there is no publicly held corporation owning ten percent or more of Mars' stock.

Dated: March 17, 2008

ARENT FOX LLP

By: _/s/ Leslie K. Mitchell_
Leslie K. Mitchell, N.Y. Bar No: LM2811
Joseph R. Price (*pro hac motion filed Mar. 18, 2008*)
ARENT FOX LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

*Counsel for Defendant Mars, Incorporated*

TECH/587666.1