## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the *Rule 7.1 Disclosure Statement* and *Answer and Affirmative Defenses of Defendant Mars, Incorporated* was served on March 17, 2008 upon Plaintiff's attorneys of record via first-class mail at the following addresses:

> Kevin T. Mulhearn, P.C.
> 60 Dutch Hill Road, Suite 8
> Orangeburg, NY 10962
>
> Scott M. Rothman, Esq.
> Halberstadt Curley LLC
> 100 E. Hector Street
> Suite 425
> Conshohocken, PA 19428

And upon:

> Timothy C. Long, Esq.
> 455 South Ludlow Alley
> Columbus, Ohio 43215

By: _____
Joseph R. Price

10

TECH/578475.2