UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2008
```

ROBERT BURCK
d/b/a THE NAKED COWBOY,

      Plaintiff,

v.

MARS, INCORPORATED

and

CHUTE GERDEMAN, INC.,

      Defendants.

Case Number: 08 CIV 1330

Judge Denny Chin

## [PROPOSED] ORDER

    THIS MATTER, having been opened to the Court by Leslie K. Mitchell, attorney for Defendants Mars, Incorporated ("Mars"), by way of motion for the *pro hac vice* admission of Joseph R. Price ("Counsel"), and the court having considered the certifications of the attorney in support of the motion, it is hereby ORDERED that:

    1.    Counsel is herby admitted pro hac vice, to appear in this matter on behalf of Mars;

    2.    Counsel is hereby required to abide by the rules of this Court and the rules [as well as the rules of this Court] governing the courts of the State of New York including all disciplinary rules;

    3.    Counsel is hereby required to notify the Court of any matter affecting his standing at the bar in any Court;

    4.    Counsel shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in this State; and

5.  Counsel shall comply with the obligations of any attorney admitted to practice in the Court. *Counsel shall also pay the pro hac vice admission fee.*

Dated: 4/3, 2008

Denny Chin
United States District Judge

TECH/580638.1