UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROBERT BURCK d/b/a THE NAKED COWBOY, | C.A. No. 08 Civ. 1330-DC |
| Plaintiff, | |
| -against- | **DEFENDANT CHUTE GERDEMAN, INC.'S NOTICE OF MOTION TO DISMISS AND DEFENDANT MARS, INCORPORATED'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS** |
| MARS, INCORPORATED | |
| and | |
| CHUTE GERDEMAN, INC., | **Filed Electronically** |
| Defendants. | |

**PLEASE TAKE NOTICE** that upon the Notice of Motion, together with the accompanying memorandum of law in support of the motion to dismiss, Defendants Mars, Incorporated and Chute Gerdeman, Inc. hereby moves this Court, before the Honorable Denny Chin, U.S.D.J., Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 1020, New York, New York 10007-1312, on behalf of Defendant Chute Gerdeman, Inc. for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint for failure to state a claim upon which relief may be granted, and on behalf of Defendant Mars, Incorporated for an order pursuant to Fed. R. Civ. P. 12(c) for judgment on the pleadings on the ground the Plaintiff has failed to state claim upon which relief may be granted.

Dated: April 25, 2008   Respectfully submitted,

**ARENT FOX LLP**

_____s/_____
Leslie K. Mitchell, N.Y. Bar No. LM2811
Joseph R. Price (*admitted pro hac* vice)
Ross Q. Panko
**ARENT FOX LLP**
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Price.joseph@arentfox.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of Defendant Chute Gerdeman, Inc.'s Notice of Motion to Dismiss and Defendant Mars, Incorporated's  Notice of Motion for Judgment on the Pleadings was served this 25th day of April, 2008 via first-class mail, postage prepaid upon:

        Kevin T. Mulhearn, P.C.
        60 Dutch Hill Road, Suite 8
        Orangeburg, NY 10962

        Scott M. Rothman, Esq.
        Halberstadt Curley LLC
        100 E. Hector Street
        Suite 425
        Conshohocken, PA  19428


By: _____/s/_____
        Joeseph R. Price
        Arent Fox LLP
        1050 Connecticut Avenue, N.W.
        Washington, DC  20036
        (P) (202) 857-6000
        (F) (202) 857-6395
        Price.joseph@arentfox.com