UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**ROBERT BURCK d/b/a THE NAKED COWBOY,**

Plaintiff,

-against-

**MARS, INCORPORATED**

and

**CHUTE GERDEMAN, INC.,**

Defendants.

---

C.A. No. 08 Civ. 1330-DC

**PLAINTIFF ROBERT BURCK d/b/a/ THE NAKED COWBOY AND DEFENDANT CHUTE GERDEMAN, INC.'S AND DEFENDANT MARS, INCORPORATED'S JOINT DISCOVERY PLAN**

Filed Electronically

## JOINT DISCOVERY PLAN

On June 11, 2008, the parties, by counsel, pursuant to Federal Rule Civil Procedure 26(f) conferred in person regarding discovery in the above captioned matter. Ethan Halberstadt and Scott Rothman represented Robert Burck d/b/a "The Naked Cowboy" ("Plaintiff"). Joseph R. Price and Leslie K. Mitchell represented Mars, Incorporated and Chute Gerdeman, Inc. (collectively "Defendants").

The parties have agreed to the following plan for discovery in this case:

1. Parties request a trial date, on or about July 6, 2009.

2. The parties anticipate that the trial of this matter will take five days.

3. All fact discovery shall be completed on or before December 15, 2008.

4. The parties shall each serve the initial disclosures required by Federal Rule Civil Procedure 26(a)(1) on or before July 14, 2008.

5.      Pursuant to Federal Rule Civil Procedure 26(a)(2), the parties propose that (i) Plaintiff shall make the disclosures required by Federal Rule Civil Procedure 26(a)(2) on or before January 6, 2009; (ii) Defendants shall make the disclosures required by Federal Rule Civil Procedure 26(a)(2) on or before February 6, 2009; and (iii) Plaintiff shall disclose any evidence that is solely contradictory or in rebuttal to Defendants' disclosures on or before March 6, 2009.

6.      The parties shall file dispositive motions, if any, on or before April 6, 2009.

7.      The parties do not consent to a trial before a United States Magistrate Judge.

Dated: June 18, 2008                    Respectfully submitted,

**ARENT FOX LLP**


_____s/_____
Joseph R. Price, Esq., (admitted *pro hac vice*)
Leslie K. Mitchell, N.Y. Bar No. LM2811
**ARENT FOX LLP**
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 857-6000/Telephone
(202) 857-6395/Facsimile
Price.joseph@arentfox.com
*Counsel for Defendants*


_____s/_____
Scott M. Rothman, Esq. (admitted *pro hac vice*)
**HALBERSTADT CURLEY LLC**
1100 E. Hector Street, Suite 425
Conshohocken, PA  19428
(610) 834-8819/Telephone
(610) 834-8813/Facsimile
srothman@halcur.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ROBERT BURCK**
**d/b/a THE NAKED COWBOY,**

        **Plaintiff,**

   **v.**

**MARS, INCORPORATED**

**and**

**CHUTE GERDEMAN, INC.,**

        **Defendants.**

**Case Number: 08 CIV 1330**

**Judge Denny Chin**

## ORDER

Having considered the parties' Joint Discovery Plan in the above captioned matter, it is hereby ORDERED that:

1. Trial in this matter shall commence on _____.

2. All fact discovery shall be completed on or before December 15, 2008.

3. The parties shall each serve the initial disclosures required by Federal Rule Civil Procedure 26(a)(1) on or before July 14, 2008.

4. Plaintiff shall make the disclosures required by Federal Rule Civil Procedure 26(a)(2) on or before January 6, 2009; (ii) Defendants shall make the disclosures required by Federal Rule Civil Procedure 26(a)(2) on or before February 6, 2009; and (iii) Plaintiff shall disclose any evidence that is solely contradictory or in rebuttal to Defendants' disclosures on or before March 6, 2009.

5. The parties shall file dispositive motions, if any, on or before April 6, 2009.

Entered: _____, 2008        _____
                                                         Denny Chin
                                                         United States District Judge