STATE OF NEW YORK          SOUTHERN          COUNTY     U. S. DISTRICT          COURT
DOCUMENTS SERVED WITH INDEX #  08CIV1330     AND FILED ON  February 11, 2008
ATTORNEY(S)  Kevin T. Mulhearn, Esq. ,

*Robert Burck d/b/a The Naked Cowboy*                                                Plaintiff(s)/Petitioner(s)

vs

*Mars Incorporated and Chute Gerdeman, Inc.*                                         Defendant(s)/Respondent(s)

County of ____Franklin____, State of ____Ohio____.

____Chad Houghs____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at ____Columbus, OH____. On ____March 6, 2008____ at ____11:26 am____
at                           455 South Ludlow Street , Columbus , OH 43215

deponent served a       Summons in a Civil Case and Complaint
                         Individual Rules and Practices of Judge Denny Chin


UPON: ____Chute Gerdeman, Inc.____, Defendant
(herein called recipient) therein named.

**INDIVIDUAL** [ ]  by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION** [X]  A _____ corporation, by delivering thereat a true copy of each to ____Brian Shafley, Adver. Mgr.____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be ____authorized____ thereof.

**SUITABLE AGE PERSON** [ ]  by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's  [ ]actual place of business    [ ]dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR** [ ]  by affixing a true copy of each to the door of said premises, which is recipient's    [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day ____ Date ____ Time ____     Day ____ Date ____ Time ____
Day ____ Date ____ Time ____     Day ____ Date ____ Time ____

**MAILING COPY** [ ]  Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known  [ ]residence   [ ] place of employment at: _____
and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on _____ .
[ ] A second mailing was also made by certified mail (Receipt No. _____ ) within one day after such delivering to such suitable person such affixing    [ ] and with return receipt requested.

**DESCRIPTION** [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex ____Male____   Color of skin ____White____   Color of hair ____Blonde____   Approx. Age ____40____
Approx. Height ____6'1"____   Approx. weight ____210____   Other ____Blue Eyes____

**WITNESS FEES** $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient. [ ]

**PHOTO** [ ]  Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [X]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this  10th  day of  March, 2008           *Chad Houghs*
                                                                  Chad Houghs

*Jennifer L. Ruckman*

                                                                  Server's Lic. # 65199359829

                                                                  Invoice•Work Order # 9926223