UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BURCK<br>d/b/a THE NAKED COWBOY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MARS INCORPORATED<br><br>and<br><br>CHUTE GERDEMAN, INC.,<br><br>　　　　　　Defendants. | Case Number: 08 CIV 1330<br><br>Judge Denny Chin |

**DEFENDANT CHUTE GERDEMAN'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Chute Gerdeman, Inc. ("Chute Gerdeman") hereby states that it has no parent corporation and there is no publicly held corporation owning ten percent or more of Chute Gerdeman's stock.

Dated: July 10, 2008

　　　　　　　　　　　　　ARENT FOX LLP

　　　　　By: _____
　　　　　　　　Joseph R. Price (*admitted pro hac vice*)
　　　　　　　　Leslie K. Mitchell, N.Y. Bar No. LM2811
　　　　　　　**ARENT FOX LLP**
　　　　　　　1675 Broadway
　　　　　　　New York, New York 10019
　　　　　　　Telephone: (212) 484-3900
　　　　　　　Facsimile: (212) 484-3990

　　　　　　　*Counsel for Defendants Chute Gerdeman, Inc.
　　　　　　　Mars Incorporated*