UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROBERT BURCK d/b/a THE NAKED COWBOY,

Plaintiff,

08 cv 1330 (DC)

- against -

MARS, INCORPORATED AND                    ,
CHUTE GERDEMAN, INC.,

Defendants.

------------------------------------------------------------------X



**MOTION TO ADMIT
<u>COUNSEL PRO HAC VICE</u>**

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin T. Mulhearn, a member in good standing of the bar of this Court, hereby move for an order allowing the admission pro hac vice of:

> Applicant's Name: Ethan N. Halberstadt
> Firm Name: Halberstadt Curley LLC
> Address: 1100 E. Hector Street, Suite 425
> City/State/Zip: Conshohocken, PA 19428
> Phone Number: (610) 834-8819
> Fax Number: (610) 834-8813

Kevin T. Mulhearn is a member in good standing of the Bar of the State of New York.

There are no pending disciplinary proceeding against Ethan N. Halberstadt in any State or Federal Court.

Dated: August 15, 2008
        Orangeburg, NY 10962

        Respectfully submitted,

        _____
        Kevin T. Mulhearn (KM 2301)
        Kevin T. Mulhearn, P.C.
        60 Dutch Hill Road, Suite 8
        Orangeburg, NY 10962
        Phone Number: (845) 398-0361
        Fax Number: (845) 398-3836

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

ROBERT BURCK d/b/a THE NAKED COWBOY,

       Plaintiff,      08 cv 1330 (DC)

    - against -

                **ORDER FOR ADMISSION**
MARS, INCORPORATED AND       **PRO HAC VICE**
CHUTE GERDEMAN, INC.,       **ON WRITTEN MOTION**

       Defendants.

---------------------------------------------------------------------X

    Upon the motion of Kevin T. Mulhearn, Esq., attorney for Plaintiff, Robert Burck, and said sponsor attorney's affidavit in support:

    Applicant's Name:  Ethan N. Halberstadt

    Firm Name:  Halberstadt Curley LLC

    Address:  1100 E. Hector Street, Suite 425

    City/State/Zip:  Conshohocken, PA 19428

    Phone Number:  (610) 834-8819

    Fax Number:  (610) 834-8813

is admitted to practice pro hac vice as counsel for Plaintiff, Robert Burck, in the above captioned case in the United States District Court for the Southern District of New York.   All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 15, 2008
   New York, New York   _____

            United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ROBERT BURCK d/b/a THE NAKED COWBOY,

                    Plaintiff,                08 cv 1330 (DC)

        - against -

                                       **AFFIDAVIT OF KEVIN T.**
                                       **MULHEARN IN SUPPORT**
MARS, INCORPORATED AND          **OF MOTION TO ADMIT**
CHUTE GERDEMAN, INC.,             **COUNSEL PRO HAC VICE**

                    Defendants.

-------------------------------------------------------------------X

State of New York    )
                    )    ss:
County of Rockland  )

Kevin T. Mulhearn, being duly sworn, hereby deposes and says as follows:

1.     I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Ethan N. Halberstadt as counsel pro hac vice to represent Plaintiff in this matter.

2.     I am a member in good standing of the Bar of the State of New York and was admitted to practice law in July, 1991. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Ethan N. Halberstadt since September, 1987.

4.     Ethan N. Halberstadt is an associate of the law firm of Halberstadt Curley, LLC, in Conshohocken, Pennyslvania.

5.     I have found Ethan N. Halberstadt to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of Ethan N. Halberstadt, pro hac vice.

7.     I respectfully submit a proposed order granting the admission of Ethan N. Halberstadt, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

WHEREFORE, it is respectfully requested tat the motion to admit Ethan N. Halberstadt, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: August 15, 2008
        Orangeburg, New York

                                        Respectfully submitted,

                                        Kevin T. Mulhearn, Esq.

                                        SDNY Bar Code: KM2301

Sworn to before me on this
_____ day of August, 2008.

_____
Notary Public

JOSEPH J. ARTRIP
Notary Public, State of New York
Reg. No. 02AR6122369
Qualified in Orange County
Commission Expires February 7, 20__

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT BURCK d/b/a THE NAKED COWBOY,

                Plaintiff,                                       08 cv 1330 (DC)

                - against -
MARS, INCORPORATED AND                  **AFFIDAVIT OF SERVICE**
CHUTE GERDEMAN, INC.,

                Defendants.

-----------------------------------------------------------------X

        CHRISTOPHER J. FOY, being duly sworn, deposes and says that:

        I am not a party to this action, am over the age of 18 years, and reside in the Town of Ramapo, New York.

        On August 18, 2008, I served a true and accurate copy of the Motion to Admit Ethan N. Halberstadt Pro Hac Vice (with all required supporting documents) upon the following persons at the following address, via priority mail, by depositing same in a United States mail depository:

        Joseph R. Price
        Arent Fox, LLP
        1050 Connecticut Ave., N.W.
        Washington D.C. 20036

                                            CHRISTOPHER J. FOY

Sworn to before me on
this 15 day of August, 2008.

NOTARY PUBLIC

KEVIN T. MULHEARN
Notary Public, State of New York
No. 02MU5047687
Qualified in Rockland County
Commission Expires August 7, 19...

# Certificate of Good Standing



## United States of America

## District of New Jersey

I,   WILLIAM T. WALSH,   Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Ethan N. Halberstadt

was duly admitted to practice in said Court as of December 1, 1990, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: August 6, 2008

WILLIAM T. WALSH, CLERK

By _____

Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# CERTIFICATE  OF  GOOD  STANDING


UNITED  STATES  OF  AMERICA

}

EASTERN  DISTRICT  OF  PENNSYLVANIA


      I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

      DO HEREBY CERTIFY That  Ethan N. Halberstadt  , Bar # 57544, was duly admitted to practice in said Court on  April 24, 1990 , and is in good standing as a member of the bar of said Court.


DATED at Philadelphia, Pennsylvania

           MICHAEL E. KUNZ

                 Clerk of Court

on  August 5, 2008.

BY _____

           Aida Ayala,      Deputy Clerk