USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROBERT BURCK d/b/a THE NAKED COWBOY,

         Plaintiff,         08 cv 1330 (DC)

- against -

MARS, INCORPORATED AND
CHUTE GERDEMAN, INC.,

         Defendants.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

------------------------------------------------------------------X

Upon the motion of Kevin T. Mulhearn, Esq., attorney for Plaintiff, Robert Burck, and said sponsor attorney's affidavit in support:

    Applicant's Name: Ethan N. Halberstadt

    Firm Name: Halberstadt Curley LLC

    Address: 1100 E. Hector Street, Suite 425

    City/State/Zip: Conshohocken, PA 19428

    Phone Number: (610) 834-8819

    Fax Number: (610) 834-8813

is admitted to practice pro hac vice as counsel for Plaintiff, Robert Burck, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: ~~August 15, 2008~~ 9/10/08
      New York, New York

                                 United States District/Magistrate Judge
                                 CHIN

Burck v. Mars, Incorporated et al    Doc. 27