UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BURCK d/b/a THE NAKED COWBOY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MARS, INCORPORATED<br><br>and<br><br>CHUTE GERDEMAN, INC.,<br><br>　　　　　　　Defendants. | C.A. No. 08 Civ. 1330-DC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Robert John Burck d/b/a The Naked Cowboy and Defendants Mars, Incorporated and Chute Gerdeman, Inc. hereby agree and stipulate that this action be and hereby is dismissed, with prejudice, each party to bear its own costs and attorneys' fees. The U.S. District Court for the Southern District of New York retains jurisdiction over this matter. Attached as Exhibit 1 hereto is a proposed order which the parties respectfully request the Court to enter.

Dockets.Justia.

Respectfully submitted,

_/s/ Scott M. Rothman_                   _/s/ Leslie K. Mitchell_
Scott M. Rothman, Esq. (admitted *pro hac vice*)    Leslie K. Mitchell, N.Y. Bar No. LM2811
Counsel for Robert John Burck d/b/a               Ross Q. Panko
The Naked Cowboy                           Counsel for Defendants Mars, Incorporated
**HALBERSTADT CURLEY LLC**              and Chute Gerdeman, Inc.
1100 E. Hector Street, Suite 425                **ARENT FOX LLP**
Conshohocken, PA 19428                     1675 Broadway
(610) 834-8819/Telephone                   New York, New York 10019
(610) 834-8813/Facsimile                    (212) 484-3900/Telephone
                                                    (212) 484-3990/Facsimile

*Counsel for Plaintiff*                              *Counsel for Defendants*

Dated: November 7, 2008                    Dated: November 6, 2008

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BURCK d/b/a THE NAKED COWBOY,<br><br>Plaintiff,<br><br>v.<br><br>MARS, INCORPORATED<br><br>and<br><br>CHUTE GERDEMAN, INC.,<br><br>Defendants. | C.A. No. 08 Civ. 1330-DC |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

All parties to this action, having stipulated pursuant to Fed. R. Civ. P. 41 to dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees, it is hereby ORDERED that:

This action be, and hereby is, dismissed with prejudice. The U.S. District Court for the Southern District of New York retains jurisdiction over this matter.

_____
United States District Judge